IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 13-1874 (CFC)<br>) CONSOLIDATED |
| APOTEX CORP. and APOTEX INC., et al., | )<br>) |
| Defendants. | )<br>)<br>) |

**AMENDED JUDGMENT AS TO DEFENDANTS APOTEX CORP. AND APOTEX INC.**

In accordance with the parties' stipulation, IT IS HEREBY ORDERED and ADJUDGED that the Final Judgment As To Defendants Apotex Corp. and Apotex Inc. entered August 20, 2019 (D.I.148) is hereby vacated, and final judgment is hereby entered in favor of plaintiff Millennium Pharmaceuticals, Inc. ("Millennium"), and against Defendants Apotex Corp. and Apotex Inc. ("Apotex") pursuant to the terms herein.

The Court further finds and orders as follows:

1. Absent a license or other authorization from Millennium, Apotex's Abbreviated New Drug Application ("ANDA") No. 205533 and the product for which approval is sought therein (the "ANDA Product") would infringe claims 20, 31, 49, and 53 of U.S. Patent No. 6,713,446 (the "Asserted Claims");

2. the Asserted Claims have not been found to be invalid or unenforceable;

3. pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any Food and Drug Administration approval of ANDA No. 205533 shall not be earlier than May 1, 2022;

4. pursuant to 35 U.S.C. § 271(e)(4)(B), Defendants, their officers, agents, attorneys, and employees, and those acting in privity or concert with any of them, are hereby enjoined from engaging in the commercial manufacture, use, or offer to sell (as defined in 35 U.S.C. § 271(i)), within the United States, or importation into the United States of the ANDA Product prior to January 25, 2022, and are further

       enjoined from engaging in the commercial sale of the ANDA Product prior to May 1, 2022;

5.    the Court will retain jurisdiction to modify the judgment in accordance with the parties' related agreements resolving this case; and.

6.    the parties shall bear their own costs, expenses, and attorneys' fees.

Dated: 9-18-19

_____
UNITED STATES DISTRICT JUDGE